**Order entered February 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00201-CR

**LOPEZ, JESUS PATRICIO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-63646-Y**

## ORDER

Appellant's motion for extension of time to file his supplemental brief on remand is

**GRANTED**, and the time for appellant to file a supplemental brief on remand or written notice

of waiver of further briefing is **EXTENDED** to March 7, 2014.

/s/    LANA MYERS
        JUSTICE